# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-5** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **PEDRO LUIS RODRIGUEZ FRANCO** | : | |

## ORDER

AND NOW, this 2nd day of November, 2015, upon consideration of the motion (Doc. 877) filed *pro se* by Pedro Luis Rodriguez Franco ("Franco"), seeking "an order for a modification of assessment and restitution court payment schedule," wherein Franco requests suspension of certain court-ordered withdrawals from his inmate trust fund account in satisfaction of outstanding financial obligations, and it appearing that the instant motion is identical to a motion (Doc. 833) previously filed by Franco, which was denied by court order (Doc. 850) dated October 8, 2013, and the court noting that the instant motion states no new basis to modify or otherwise suspend the payment schedule established by the judgment (Doc. 544) entered May 19, 2011, it is hereby ORDERED that Franco's motion (Doc. 877) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania